## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | **CASE NO. 3:08-CR-00301-L-2** |
| **Vs.** | § | |
| | § | |
| **HEATHER NOTTER** | § | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

**HEATHER NOTTER**, by consent, under authority of United States v. Dees, 125 F.3d 261 (5th

Cir. 1997), has appeared before me pursuant to Fed. R. Crim. P. 11, and has entered a plea of

guilty to *Count 1 of the Indictment* . After cautioning and examining **HEATHER NOTTER**

under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty

plea was knowledgeable and voluntary and that the offense(s) charged supported by an

independent basis in fact containing each of the essential elements of such offense.  I therefore

recommend that the plea of guilty be accepted, and that **HEATHER NOTTER** be adjudged

guilty and have sentence imposed accordingly.

Date:   January 15, 2009

_____
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE

**Failure to file written objections to this Report and Recommendation within ten (10)
days from the date of its service shall bar an aggrieved party from attacking such Report
and Recommendation before the assigned United States District Judge. 28 U.S.C.
§636(b)(1)(B).**